# United States District Court

### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

BASSAM YUSEF KHOURY, et al.,

               Plaintiffs & Petitioners,

     v.

NATHALIE ASHER, et al.,

               Defendants & Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.   C13-1367RAJ

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

As stated in its April 9, 2014 order, the court enters judgment for Plaintiffs.  This judgment obligates the parties to comply with their final stipulation, and incorporates the court's March 11, 2014 order certifying the following class:

> All individuals in the Western District of Washington who the government asserts or will assert are subject to mandatory detention under 8 U.S.C. § 1226(c) and who were not taken into immigration custody immediately upon their release from criminal custody for an offense referenced in § 1226(c)(1).

It also incorporates this declaratory ruling in favor of the class:

> The government may not subject an alien to mandatory detention via 8 U.S.C. § 1226(c) unless the government took the alien into custody immediately upon his release from custody for an offense described in subparagraphs (1)(A) through (1)(D) of § 1226(c).

Dated this 9th day of April, 2014.

                         WILLIAM M. McCOOL
                                Clerk

               /s Consuelo Ledesma
               Deputy Clerk